IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR304 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM E. BUSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's letter request for appointment of counsel (Filing No. 31). The Court has reviewed the request and finds it should be denied. Accordingly,

IT IS ORDERED that defendant's letter request for appointment of counsel is denied.

DATED this 28th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court