IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )      8:04CR304
                              )
      v.                      )
                              )
WILLIAM E. BUSH,              )          ORDER
                              )
            Defendant.        )
_____)
```

On March 13, 2014, a final dispositional hearing was held on the petition for warrant or summons for offender under supervision (Filing No. 36).  Plaintiff was represented by Thomas J. Kangior, Assistant United States Attorney.  Defendant was present and represented by Richard P. McGowan.

The defendant admitted Allegation No. 2 of the petition, and the Court found defendant to be in violation of his conditions of supervised release.  The government's oral motion to dismiss Allegation Nos. 1 and 3 was granted.  The Court then proceeded to the final dispositional hearing.

IT IS ORDERED:

1) Defendant's supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a term of 12 months and 1 day.

2) Upon completion of the term of imprisonment, no further term of supervised release is imposed.

DATED this 13th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                                                _____
                                                Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                                                UNITED STATES WARDEN

                                                By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                                UNITED STATES WARDEN

                                                By: _____